**IT IS ORDERED as set forth below:**



**Date: September 23, 2019**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : CASE NO 19-64835-PMB |
| | : CHAPTER 13 |
| BONNIE ROSE | : |
|     Debtor | : |
| ------------------------------- | ------------------------------- |
| WVMF FUNDING, LLC, | : |
|     Movant, | : |
| | : CONTESTED MATTER |
| vs. | : |
| | : |
| BONNIE ROSE | : |
| MELISSA J. DAVEY, Trustee | : |
|     Respondents. | : |
| | : |

### ORDER UNDER §362(c)(4)(A)(ii) CONFIRMING
### THE AUTOMATIC STAY IS NOT IN EFFECT

Movant filed a Motion for Order Under §362(c)(4)(A)(ii) Confirming No Automatic Stay is in Effect on September 19, 2019 [Dkt. no. 8]. Movant seeks an order under 11 U.S.C. § 362(c)(4)(A)(ii) confirming that upon and since the filing of this case, the automatic stay did not go into effect.

Debtor was a Debtor in two prior cases that were both dismissed within the one-year period preceding the filing of this case. Debtor filed Case No. 18-70420 on December 4, 2018 which was dismissed on January 28, 2019. Debtor also filed Case No. 19-57109 on May 6, 2019 which was dismissed on May 23, 2019. Neither of the prior cases was a Chapter 7 case dismissed pursuant to 11 U.S.C. § 707(b), and no order has been entered pursuant to 11 U.S.C. § 362(c)(4)(B) imposing the stay. Accordingly, the automatic stay under § 362(a) did not go into effect upon or since the filing of this case and, as of the date hereof, no order has been entered imposing a stay.

**[END OF DOCUMENT]**

Prepared and Submitted by:

/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor

DISTRIBUTION LIST

Bonnie Rose
3019 Saint Andrews Ct.
Jonesboro, GA 30236

Melissa J. Davey
Standing Chapter 13 Trustee
260 Peachtree Street, NW
Suite 200
Atlanta, GA 30303

Lisa F. Caplan, Esq.
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071