**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re: Debtor(s)
**Bonnie Rose**

Case No.: **19−64835−pmb**
Chapter: **13**

# ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE

The above referenced case was filed on September 18, 2019. An Order Regarding Unpaid Filing Fees was issued on September 19, 2019 and the debtor has failed to comply with the terms of that Order. Accordingly, it is hereby

ORDERED THAT THIS CASE IS DISMISSED.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor, any Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an Employer Deduction Order.

**SO ORDERED,** on October 4, 2019 .

*Paul Baisier*
Paul Baisier
United States Bankruptcy Judge

**Clerk, United States Bankruptcy Court**
**Atlanta Division**
**1340 United States Courthouse**
**75 Ted Turner Drive SW**
**Atlanta, GA 30303**

Dated: 10/4/19

Form 523